156

NISUS CORPORATION,
Plaintiff–Appellant,

v.

PERMA–CHINK SYSTEMS, INC.,
Defendant–Cross Appellant.

No. 04–1454, 04–1514.

United States Court of Appeals,
Federal Circuit.

May 6, 2005.

Before RADER, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and PROST, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Abdul Sattar DOGAR, Petitioner,

v.

DEPARTMENT OF DEFENSE,
Respondent.

No. 04–3020.

United States Court of Appeals,
Federal Circuit.

May 6, 2005.

Before MICHEL, Chief Judge, MAYER and LOURIE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.